1  R. Joseph Trojan CA Bar No. 137,067
   (trojan@trojanlawoffices.com)
2  Dylan C. Dang CA Bar No. 223,455
   (dang@trojanlawoffices.com)
3  TROJAN LAW OFFICES
4  9250 Wilshire Blvd., Suite 325
5  Beverly Hills, CA  90212
   Telephone:   310-777-8399
6  Facsimile:   310-777-8348

7
8  **Attorneys for Defendants,**
   **Brady Construction Innovations, Inc.** *et al.*

9



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 2 2008

SDM

JS-6

NOTE CHANGES MADE BY THE COURT.

10              **UNITED STATES DISTRICT COURT**
11              **CENTRAL DISTRICT OF CALIFORNIA**
12                    **SOUTHERN DIVISION**



13  PERFECT WALL, INC., a              Case No. SACV 07-0773 AHS (MLGx)
    Tennessee corporation, and
14  METALITE ENTERPRISES, INC.,       [~~PROPOSED~~] ORDER GRANTING
    a California corporation,         **DEFENDANT BRADY**
15                                    **CONSTRUCTION INNOVATIONS,**
                                      **INC.'S MOTION TO DISMISS**
16             Plaintiffs,            **PLAINTIFFS' COMPLAINT, OR, IN**
                                      **THE ALTERNATIVE, MOTION**
17       v.                           **FOR SUMMARY JUDGMENT**
18  BRADY CONSTRUCTION
    INNOVATIONS, INC., dba            **Hon. Alicemarie H. Stotler**
19  SLIPTRACK SYSTEMS, a              Ctrm:    10A
20  California corporation, and DOES 1 Date:   **October 1, 2007**
    through 10, inclusive,            Time:    **10:00 a.m.**
21
22             Defendants.
23
24
25
26
27
28

TROJAN LAW OFFICES
BEVERLY HILLS

This matter comes before the Court on motion brought by Defendant Brady Construction Innovations, Inc. for dismissal of Plaintiffs Perfect Wall, Inc. and Metalite Enterprises, Inc.'s Complaint or, alternatively, for summary judgment.

The Court, having ~~considered all papers and oral arguments submitted in~~ *received no* ~~support of, and in~~ opposition to, this motion, and ~~for good cause appearing,~~ *pursuant to Local Rule 7-12,*

**IT IS HEREBY ORDERED THAT:**

1.    The motion is GRANTED;

2.    Plaintiffs' claims for (1) False Advertising (15 U.S.C. § 1125(a)); (2) Trade Libel; (3) Intentional Interference with Prospective Economic Advantage; (4) Inducing Breach or Contract; (5) Common Law Unfair Competition; (6) California B&P Code § 17200; (7) Antitrust Violations; and (8) Patent False Marking, are dismissed with prejudice.

3. The hearing set for January 7, 2008 is vacated

JAN - 2 2008

_____
Hon. Alicemarie H. Stotler
CHIEF United States District Court

Presented by:
Trojan Law Offices

Dylan C. Dang
Attorney for Defendant
9250 Wilshire Blvd., Ste. 325
Beverly Hills, CA 90212
Tel: (310) 777-8399
Fax: (310) 777-8348

TROJAN LAW OFFICES
Beverly Hills

-1-

PROOF OF SERVICE

    I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above entitled action. My business address is 9250 Wilshire Blvd., Suite 325, Beverly Hills, California 90212.

On August 31, 2007, I served:

-DECLARATION OF DYLAN C. DANG IN SUPPORT OF DEFENDANT BRADY CONSTRUCTION INNOVATIONS, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT;

-DEFENDANT BRADY CONSTRUCTION INNOVATIONS, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT;

-DEFENDANT BRADY CONSTRUCTION INNOVATIONS, INC.'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT;

-[PROPOSED] ORDER GRANTING DEFENDANT BRADY CONSTRUCTION INNOVATIONS, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT;

-DEFENDANT BRADY CONSTRUCTION INNOVATIONS, INC.'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT;

-NOTICE OF INTERESTED PARTIES; AND

-DEFENDANT BRADY CONSTRUCTION INNOVATIONS, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

by transmitting to:

Ronald P. Oines, Esq.
RUTAN & TUCKER, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931
Fax 714-546-9035
Attorney for Perfect Wall, Inc.
and Metalite Enterprises, Inc.

- 1 -

[X] BY PERSONAL SERVICE: [X] (Federal Court): I caused such envelope to be delivered by hand to the offices of the addressee(s); [ ] (State Court): By personally delivering by hand to the offices of the addressee(s).

[X] FEDERAL: I declare, under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 31, 2007, at Beverly Hills, California.

Michiko Speier